# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Beiersdorf, Inc.
P.O. Box 751807
Charlotte, NC 28275-1807

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Beiersdorf, Inc.
Attn: Vincent Warnery, CEO
Astrid Hermann, Finance/Legal
45 Danbury Rd
Wilton, CT 06897

Corporation Service Company,
R/A for Beiersdorf, Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    <u>February 4, 2022</u>    Signature   <u>/s/ *Gini L. Downing*</u>

     Print Name:    <u>Gini L. Downing</u>
                             Pachulski Stang Ziehl & Jones LLP
                             10100 Santa Monica Blvd.
                             13th Floor
     Business Address:   <u>Los Angeles, CA 90067</u>

