Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>               Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>               Plaintiff,<br>   v.<br><br>BEIERSDORF, INC.<br><br>               Defendant. | Adv. Proc. No. 22-02009-PRW |

### SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"

or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc.

("Debtor"), and defendant, Beiersdorf, Inc. ("Defendant" and, together with Plaintiff, the "Parties"),

by and through their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against

Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on March 3, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered March 4, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1.      The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including June 15, 2022.

2.      All other terms set forth in the First Stipulation remain in full force and effect.

Dated:  April 11, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:     bsandler@pszjlaw.com
           ischarf@pszjlaw.com
           jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

SO ORDERED:

DATED: _____, 2022
            Rochester, New York

Dated:  April 11, 2022

ALSTON & BIRD LLP

Andrew T. Frisoli
Geoffrey C. Williams (NY Bar No. 5679873)
Andrew T. Frisoli (NY Bar No. 5902226)
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9553
Email:  Geoffrey.Williams@alston.com
        Andrew.Frisoli@alston.com

*Counsel to Defendant Beiersdorf, Inc.*

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

2